UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL MAGIC METCALF, | Case No. 1:26-cv-02205-KES-EPG  (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| WARDEN JOHN DOE, et al., | Docs. 2, 7 |
| Defendants. | |

Denzell Magic Metcalf[1] is a state prisoner and seeks to proceed in forma pauperis with this civil action.  Docs. 1, 2.  The magistrate judge reviewed Metcalf's litigation history and found he is subject to the three-strikes provision of 28 U.S.C. § 1915(g).  Doc. 7 at 2-3.  The magistrate judge also found the imminent danger exception to section 1915(g) did not apply.  *Id.* at 3-5.  The magistrate judge recommended the Court deny the motion to proceed in forma pauperis and direct Metcalf to pay the filing fee in full.  *Id.* at 5.

On March 27, 2026, the Court served the findings and recommendations on Metcalf and notified him that any objections were due within 30 days.  Doc. 7 at 5.  The Court advised that the failure to file timely objections may result in the waiver of rights on appeal.  *Id.*  Metcalf did not file objections and the deadline to do so has expired.

---

[1] Plaintiff's prisoner ID number is AM-8570. He also uses the name "Denzell Metcalf" in his lawsuits. *See, e.g., Metcalf v. Guzman*, 1:26-cv-00492-CDB.

1

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.    The findings and recommendations issued on March 27, 2026 (Doc. 7) are ADOPTED in full.

2.    Plaintiff's application to proceed in forma pauperis (Doc. 2) is DENIED.

3.    Plaintiff SHALL pay the filing fee in full <u>within twenty-one (21) days</u> of the date of service of this order.

**<u>Plaintiff is advised that failure to pay the filing fee as ordered will result in the dismissal of this action without prejudice and without further notice</u>.**

IT IS SO ORDERED.

Dated:    May 14, 2026                    _____
                                          UNITED STATES DISTRICT JUDGE

2